**Motion Granted; Reversed and Remanded and Memorandum Opinion filed October 1, 2025**



In The

# Fifteenth Court of Appeals

---

### NO. 15-25-00091-CV

---

### U.S. SAND & GRAVEL LLC, RAITZ ENTERPRISES, INC., AND RAITZ INVESTMENT GROUP

### LLC, Appellants

### V.

### TEXAS DEPARTMENT OF TRANSPORTATION, Appellee

**On Appeal from the 459th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-24-004334**

## MEMORANDUM OPINION

This is an appeal of a default judgment in favor of appellee signed February 12, 2025. On September 16, 2025, the parties filed a joint motion stating that they have reached an agreement to settle their dispute. They ask this Court to set aside the trial court's judgment without regard to the merits, render judgment effectuating

their agreement, and dismiss the appeal.[1] Because the settlement agreement includes an agreed injunction, we conclude it is more appropriate for the trial court to render judgment.[2] We therefore construe the parties' motion as one to reverse without regard to the merits and remand for rendition of judgment in accordance with their agreement.[3]

We grant the motion, reverse the trial court's judgment without regard to the merits, and remand for rendition of judgment in accordance with the parties' settlement agreement.

PER CURIAM

Before Chief Justice Brister and Justices Field and Farris.

---

[1]     TEX. R. APP. P. 42.1(a)(2)(A).

[2]     *Cf. In re Geomet Recycling LLC*, 578 S.W.3d 82, 90 (Tex. 2019) ("[O]riginal jurisdiction to issue injunctive relief generally lies with the trial courts.").

[3]     TEX. R. APP. P. 42.1(a)(2)(B).